UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELDA TRIDICO<br>    Plaintiff | *<br>* | CIVIL ACTION NO. 3:24-00302 |
| | * | JUDGE JOHN W. DEGRAVELLES |
| VERSUS | * | |
| | * | |
| ALLIANZ UNDERWRITERS | * | MAGISTRATE RICHARD L. |
| INSURANCE COMPANY, KNIGHT | * | BOURGEOIS, JR. |
| TRANSPORTATION, INC. AND SAIA | * | |
| MOTOR FREIGHT LINE, LLC | * | |
|     Defendants | | |

## **MOTION TO AMEND CAPTION**

**NOW INTO COURT**, through undersigned counsel, come Allianz Underwriters Insurance Company ("Allianz") and Saia Motor Freight Line, LLC, who move this Honorable Cour to amend the case caption pursuant to the recent amendment to Louisiana Revised Statute § 22:1269, effective August 1, 2024.

The recent amendment prohibits naming an insurer in the caption, which is unquestionably procedural. Because the amendment changed procedural law, the amendment is retroactive and applies to this litigation. Consequently, the caption should be amended to read "*Melda Tridico v. Knight Transportation, Inc. and Saia Motor Freight Line, LLC.*"

Defendants respectfully pray that this Honorable Court grant its Motion to Amend Caption.

                                                        Respectfully Submitted,
                                                        BLUE WILLIAMS, LLC

                                                        */s/ Julie S. Kammer*
                                                        _____
                                                        JULIE S. KAMMER (#24656)
                                                        JESSICA F. GENSLER (#38213)
                                                        HAILEY E. LYONNAIS (#39399)
                                                        3421 North Causeway Blvd., Suite 900

1

#5647666

Metairie, LA  70002
Telephone: (504) 831-4091
Facsimile: (504) 849-3879
Email: jkammer@bluewilliams.com
         jgensler@bluewilliams.com
         hlyonnais@bluewilliams.com
*Counsel for Allianz Underwriters Insurance Company and Saia Motor Freight Line, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2024, I electronically filed the foregoing with the Clerk of Court by using the CMIECF system which will send a notice of electronic filing to all counsel of record.

/s/ Julie Kammer

_____

Julie Kammer

2

#5647666

3

#5647666