UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELDA TRIDICO** | **CIVIL ACTION NO. 3:24-00302** |
| **VERSUS** | **JUDGE: JOHN W. DEGRAVELLES** |
| **ALLIANZ UNDERWRITERS INSURANCE COMPANY, KNIGHT TRANSPORTATION, INC. AND SAIA MOTOR FREIGHT LINE, LLC** | **MAGISTRATE RICHARD L. BOURGEOIS, JR.** |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, MELDA TRIDICO, and Defendant, KNIGHT TRANSPORTATION INC., who pursuant to Local Rule 16(c), provide the following notice to the Court:

The parties have reached a settlement of all claims asserted in this action and that they are in the process of reducing the settlement to a written agreement. Accordingly, the parties request the issuance of an order allowing the parties 60 days to consummate the settlement and file a Joint Motion to Dismiss or Stipulation of Dismissal.

Respectfully submitted,

BIANCA | MATKINS, TRIAL LAWYERS

*/s/Dominick M. Bianca*
**Dominick M. Bianca, (#26802)**
**Fielding C. Matkins, (#39273)**
8212 Summa Ave.
Baton Rouge, LA 70809
Telephone 225-925-2877
Facsimile 225-925-2875
rusty@bianca-matkins.com
fielding@bianca-matkins.com
*Attorneys for Plaintiff, Melda Tridico*

And

                    **SALLEY, HITE, MERCER & RESOR, LLC**

          */s/ Erin E. Cloyd*_____
          **DAVID P. SALLEY (#19770)**
          **A. JACOB CULOTTA, JR. (#26856)**
          **ERIN E. CLOYD (#35085)**
          365 Canal Street, Suite 1710
          New Orleans, Louisiana 70130
          Tel: 504.566.8800
          Fax: 504.566.8828
          Email: dsalley@shmrlaw.com
                  jculotta@shmrlaw.com
                  ecloyd@shmrlaw.com

          ***Attorneys for Knight Transportation, Inc.***